# **EXHIBIT E**



US Construction Inc.
70 Hudson St, Ste 5A,
Hoboken, NJ - 07030

July 20, 2021

Re: Profit share agreement between NRIA and US Construction Inc. for development project located at 1499 Columbus Blvd, Phases I, II and III.

## Terms of Agreement

| Property | 1401 Columbus Blvd, Philadelphia, PA. Phases I, II and III |
|---|---|
| Sponsor | NRIA and/or its affiliates |
| Co-Developer/ GC/Owners Representative | U. S. Construction Inc. and/or its affiliates |
| Co-Developer's Equity | No capital contribution |
| Distribution & Waterfall for U. S. Construction Inc. | <ul><li>US Construction will receive 3.75% of the final construction cost as General Contractor's Fees and will be paid in proportion to the hard costs incurred.</li><li>US Construction will receive approximately 4% of the final construction cost as General Conditions and will be paid in equal monthly installments once construction commences. The general conditions budget will be based on the staffing/project overhead requirements in order to deliver the project successfully based on an assumed project duration. Final General Conditions budget to be determined prior to construction commencement. This final budget shall be mutually agreeable.</li><li>US Construction shall immediately order Architectural drawings ground up with modular design for both phase one and two. These draws shall immediate be submitted to the state for permits and the City of Philadelphia immediately following</li><li>US Construction will apply for the current full 10-year tax abatement before 12/31/2021.</li><li>US Construction shall work with the Delaware River Authorities for their river walk right away and our approvals, as necessary.</li><li>US Construction will meet the requirements of the construction lender</li><li>US Construction will perform all remaining services not yet completed referenced in Exhibit 1.</li><li>US Construction will receive flat rated development fees as follows:</li></ul>Phase I: $1,250,000 (already paid), Phase II: $800,000, Phase III: $800,000. Payment amounts will remain fixed, even if Sponsor elects to redesign/seek variances in the future. Payment schedule for phase II and III as follows: |

Submit for Technical Storm water Approval- In Process
Obtain and coordinate permit set for multiple disciplines including (Structural, MEP, Civil, landscape, geotechnical, environmental, lighting)- Yet to Begin
Submit for Building Permit- Yet to Occur
CD building Sets- Yet to Begin
Redesign Phase III, with full value engineering performed and advanced underwriting analysis for financial feasibility, should ownership decide to explore larger more dense alternatives for this phase
Submit for 10 Year Tax Abatement and use good commercial practices to obtain same as directed by NRIA for sizing plan changes

Fee will remain fixed regardless.

## 1401 Columbus Blvd: Co-Development and Profit-Sharing Agreement
### Exhibit 1: Deliverables

**PHASE I:**

Design and Program 179 Townhomes
Attend Multiple Civic Meetings to Obtain Neighborhood Approval- Obtained Approval
Submission to the Philadelphia Water Department for Conceptual Storm water Approval- Obtained Approval
Present and Attend Civic Design Review with Planning Commission- Obtained Approval
Submit for Zoning Site Plan- Obtained Approval

RE-Design and Program Multi-Unit Development- 370 Units
Oversaw the feasibility study with 3rd party reviewer and redesigned based feasibility recommendations
Created conceptual design and Programmed for Top Golf on North side of site. Engaged Top Golf in numerous meetings in an effort to sell off the north side of the site per direction of ownership
Performed numerous value engineering exercises and redesigns, include full financial model builds to test for project financial feasibility
Attend Multiple Civic Meetings to Obtain Neighborhood Approval- Obtained Approval
Attended Multiple Meetings and Gained approval from the Delaware River Waterfront Commission
Submission to the Philadelphia Water Department for Conceptual Storm water Approval- Obtained Approval
Present and Attend Civic Design Review with Planning Commission- Obtained Approval
Submit for Zoning Site Plan- Obtained Approval
Submit for Technical Streets Approval- Obtained Approval
Submit for Technical Storm water Approval- Obtained Approval
Submitted and Applied for ACT II relief from the Department of Environmental Protection
Obtained and coordinated permit set for multiple disciplines including (Structural, MEP, Civil, landscape, geotechnical, environmental, lighting)
Completed full interior design package all material designed and selected for entire project included furniture and FFE
Initial Marketing Created for Project including all Marketing Packages and Branded and Trade marked Philadelphia Water Club
Submit for Building Permit- Obtained Approval
Re-design for Modular Construction
CD building Sets- Yet to Begin
Revised Modular Permit- Yet to Begin
**Submit for 10 Year Tax Abatement and use good commercial practices to obtain same**

**PHASE II & III: Fixed Development fee of $800,000 per phase, $1,600,000 total**
Design and Program 2 Multi-Unit Developments- 331 Units in Phase II and 145 **to 261 units with variance** in Phase III
Attended Multiple Civic Meetings to Obtain Neighborhood Approval- Obtained Approval
Submission to the Philadelphia Water Department for Conceptual Storm water Approval- Obtained Approval
Present and Attend Civic Design Review with Planning Commission- Obtained Approval
Submit for Zoning Site Plan- Obtained Approval
Submit for Technical Streets Approval- In process

**U.S. CONSTRUCTION INC.**

| Payment schedule | | Phase II | Phase III | Phase II and III Total |
|---|---|---|---|---|
| | Due now | 210,000 | 210,000 | 420,000 |
| | 8/1/2021 | 50,000 | 50,000 | 100,000 |
| | 9/1/2021 | 50,000 | 50,000 | 100,000 |
| | 10/1/2021 | 50,000 | 50,000 | 100,000 |
| | 11/1/2021 | 50,000 | 50,000 | 100,000 |
| | 12/1/2021 | 50,000 | 50,000 | 100,000 |
| Building permit Issuance and Tax Abatement Application Submitted by 12/31/21 | | 140,000 | | |
| | 1/1/2022 | 50,000 | 50,000 | 100,000 |
| | 2/1/2022 | 50,000 | 50,000 | 100,000 |
| | 3/1/2022 | | 50,000 | 50,000 |
| | 4/1/2022 | | 50,000 | 50,000 |
| | 5/1/2022 | | 40,000 | 40,000 |
| **Total Owed Prior to Start** | | 700,000 | 700,000 | 1,400,000 |
| Due after construction completion and return of all capital | | 100,000 | 100,000 | 200,000 |
| **Total** | | 800,000 | 800,000 | 1,600,000 |

- Additionally, US Construction will receive **15%** of net income* at the end of the completion of each phase of the project. *Net Income is calculated as Total **building re-sale price** less selling expenses less total development cost related solely to each phase of 1499 Columbus Blvd; including payback first of all lender principal and interest owed, plus payback of investor/NRIA portfolio Fund Principal amount invested in the project, with an 18.5% preferred return.

Best Regards,
US Construction Inc.

By: _____
Name: John M. Farina
Title: CEO/President

Accepted By:
National Realty Investment Advisors (NRIA)

By: _____
Name: REY GRABATO
Title: PRESIDENT

A : 70 Hudson Street Suite 5A, Hoboken, NJ 07030
O : 215-291-9543  |  F : 267-569-2111  |  W : www.usconstructioninc.com