**From:** Natalie Petruic <natalie@nria.net>
**Sent:** Monday, June 01, 2020 4:22 PM EDT
**To:** Kinjal Shah (kshah@paxmanagement.com) <kshah@paxmanagement.com>
**CC:** Lisa Sadaoui (lisa.sadaoui@firstallegiance.com) <lisa.sadaoui@firstallegiance.com>; Dustin Salzano (dustin@usconstructioninc.com) <dustin@usconstructioninc.com>; Bethany Salzano <bethany@nria.net>; Francia Clermont <fclermont@nria.net>; Jovic <jovic@nria.net>; Nicholas Salzano <nicholas@nria.net>; Phil Polizzi <ppolizzi@nria.net>; Rakhi Sharma <rsharma@nria.net>; Rey Grabato <rey@nria.net>; Robert Valencia <rvalencia@nria.net>
**Subject:** RE: 117 Quarry Street, Unit 1- Lisa Sadaoui - Premier Access Management- Customer Reimbursement Expense
**Attachment(s):** "117 Quarry St. Unit#1PREMIER ACCESS $8,858.20 LISA SADAOUI CLIENT REIMBURSEMENT EXPENSE.pdf","FED EX PREMIER ACCESS.pdf"

Hi Kinjal,

Please find attached copy of check payable to **Premier Access Property Management** for your records.

1. 117 Quarry St. Unit#1 check#15218 $8,858.20 **LISA SADAOUI CLIENT REIMBURSEMENT EXPENSE**

**This is scheduled for release in the 6/1/20 Accounts Payable Cycle Via FED EX TRK#7705-9629-2425  to:**

**Premier Access Property Management**
**Attn: Kinjal Shah**
**842 North 3rd Street**
**Philadelphia, PA 19123**


Best Regards,

**Natalie Petruic**
**Office & Accounts Payable Manager | Notary Public**



**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
(201) 210-2727 Ext. 100
natalie@NRIA.net
NRIA.net

**DISCLAIMER:**
This electronic message and any attachment(s) hereto is confidential and may contain information protected by the attorney-client work product or other confidentiality privilege. It is intended for the exclusive use of the recipient named above. If you are not the intended recipient, please do not disclose copy or distribute this information. Please notify this firm of your receipt immediately by return electronic e-mail or by telephone at (201) 210-2727 and destroy the message and its attachment(s).

---

**From:** Phil Polizzi <ppolizzi@nria.net>
**Sent:** Friday, May 29, 2020 3:49 PM
**To:** Francia Clermont <fclermont@nria.net>; Jovic <jovic@nria.net>; Natalie Petruic <natalie@nria.net>; Nicholas Salzano <nicholas@nria.net>; Rakhi Sharma <rsharma@nria.net>
**Cc:** Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>; kshah@paxmanagement.com
**Subject:** 117 Quarry Street, Unit 1- (Sadaoui)- Premier Access Management- Customer Reimbursement Expense

**ATTN: ACCOUNTS PAYABLE**

**COMMENTS:**    PLEASE ISSUE PAYMENT FOR THE BELOW.

1. **Payable to**:            Premier Access Management
   **Amount:**            **$8,858.20**
   **Payment Date:**       June 1st
   **Memo:**                117 Quarry Street, Unit 1 -(Sadaoui)- Customer Reimbursement Expense
   **Delivery Method:**    **FED EX DELIVERY**

**Notes:**  Itemization of Payment Details is listed in below email from Kinjal.

Best Regards,

**Phil Polizzi**
**Accounts Payable Director**



**National Realty Investment Advisors, LLC**
- 1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
- (201) 210-2727 Ext. 118
- PPolizzi@NRIA.net
- NRIA.net

---

**From:** Nicholas Salzano <nicholas@nria.net>
**Sent:** Friday, May 29, 2020 3:23 PM
**To:** Phil Polizzi <ppolizzi@nria.net>
**Cc:** Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>; kshah@paxmanagement.com
**Subject:** FW: 117 Quarry Street Unit 1
**Importance:** High

Phil,

approved Payable to Premier access Monday. FedEx pouch.
customer reimbursement expense

Premier will then release rents to Lisa for April And may ..

Best regards,

**Nicholas Salzano**
**Senior Independent Executive Advisor & Portfolio Construction Manager**

---

**From:** kshah@paxmanagement.com <kshah@paxmanagement.com>
**Sent:** Friday, May 29, 2020 2:58 PM
**To:** dustin@usconstructioninc.com; Nicholas Salzano <nicholas@nria.net>
**Cc:** aalexander@paxmanagement.com; bkillian@paxmanagement.com; Jovie@usconstructioninc.com
**Subject:** RE: 117 Quarry Street Unit 1
**Importance:** High

Hello,
Please see below – total amount due from NRIA for 117 # 1 (April and May 2020) is **$8,858.20**.
Please note that the lease ends on 7/31/2020 and the tenants have not reached out to us to break the lease early. Hopefully the tenants will make payment for June rent/water/alarm and July water/alarm. If not – we'll contact you for the reimbursement. Once we'll get $8,858.20, the same will be remitted to the owner for April and May distributions.

| 117 Quarry # 1 | Amt. |
|---|---:|
| Alarm System - April 2020 | $ 30.00 |
| Rent Income - April 2020 | $ 4,000.00 |
| Water - April 2020 | $ 75.25 |
| Water - April 2020 - Storm Water | $ 14.15 |
| Alarm System - May 2020 | $ 30.00 |
| Rent Income - May 2020 | $ 4,000.00 |
| Water - May 2020 | $ 75.15 |
| Water - May 2020 - Storm Water | $ 14.15 |
| **Total Rent: April/May 2020** | **$ 8,238.70** |
| PAX Mgmt fees - April/May 2020 | $ 100.00 |
| HOA Fees - April/May 2020 | $ 517.50 |
| PAX - Annual alarm registration fee | $ 2.00 |
| **TOTAL DUE from NRIA:** | **$ 8,858.20** |

Please let me know if you've any questions.

Thanks
Kinjal

---

**From:** dustin@usconstructioninc.com <dustin@usconstructioninc.com>

**Sent:** Friday, May 29, 2020 1:56 PM
**To:** 'Nicholas Salzano' <nicholas@nria.net>
**Cc:** aalexander@paxmanagement.com; bkillian@paxmanagement.com; kshah@paxmanagement.com; Jovie@usconstructioninc.com
**Subject:** RE: 117 Quarry Street Unit 1

JOvie/Kinjal, have an invoice sent to NRIA for rent, alarms and water charges for April and May (no late fees). Once we have the deposit, you can distribute these months to the property owner.

Distribute as soon as we have the check from NRIA.

Let owner know it will be coming and how much.

---

**From:** Nicholas Salzano <nicholas@nria.net>
**Sent:** Friday, May 29, 2020 12:31 PM
**To:** dustin@usconstructioninc.com
**Cc:** aalexander@paxmanagement.com; bkillian@paxmanagement.com; kshah@paxmanagement.com
**Subject:** FW: 117 Quarry Street Unit 1

Team:

this owner is an important investor of ours and so NRIA is going to suck up the cost of dealing with this tenant early lease break.

We simply want to make sure she is 100% whole with no expense or loss including :

loss of rent due to early tenant break
repairs
hoa fees for the months
turnover expenses

please make it simple for her to understand what we were doing and send the bill here for us to pay.
Apologies but I do not have time to dig into this further and must ask for your guidance and leadership to simply direct it and make it simple for her to see it is done and off her back.


Best regards,

**Nicholas Salzano**
**Senior Independent Executive Advisor & Portfolio Construction Manager**



**National Realty Investment Advisors, LLC**
- 1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
- Office: (201) 210-2727 Ext. 101
- Cell: 973-689-5482
- Nicholas@NRIA.net
- NRIA.net

---

**From:** Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
**Sent:** Friday, May 29, 2020 10:38 AM
**To:** Nicholas Salzano <nicholas@nria.net>; aalexander@paxmanagement.com
**Cc:** mburke@paxmanagement.com
**Subject:** RE: 117 Quarry Street Unit 1

Thank you very much Nicholas for all of this.  I really appreciate you proactively handling these items - it is definitely a relief!
Will I be receiving a check for the April and May rent?

I hope that all is well with you, your family and your team.


Sincerely,
Lisa Sadaoui
President & Chief Executive Officer
First Allegiance
p: 888.727.6303 f: 888.320.0391
lisa.sadaoui@firstallegiance.com

---

**From:** Nicholas Salzano [nicholas@nria.net]
**Sent:** Friday, May 29, 2020 10:24 AM
**To:** Lisa Sadaoui; aalexander@paxmanagement.com

**Cc:** mburke@paxmanagement.com
**Subject:** RE: 117 Quarry Street Unit 1

Lisa,
Many apologies for the late response . There has been a lot going on in Philadelphia with the shutdown and now reopening .
At the same time we are building about a billion dollars worth of stuff Right now and it's busy .

On the fly last month i made an executive decision to cover the course involves and handle this for you and forgot to email you.

I received a call about this from Premier senior management that the tenants here were claiming severe financial stress as well as legally complaining their hot water heater was not properly vented and was causing health issues for their child . The tenants had their attorney write a letter to US construction on that claim about the water heater .  USC immediately went in and remedied the complaint of some leaking carbon monoxide somehow. It was totally repaired and handled and was a relatively small factual issue .

However since you are the owner of the property reading the tea leaves I knew you were going to be the next letter.
Therefore i told Premier to settle it out not hassle you with the insurance and the insurance claim and the legal aspect which would definitely involve you.
I told them  as a courtesy that NRIA would pay for both the rent lost from the early move out and security deposit issue  and the required new tenant turn over here for you as a valued long-term friend of the firm .

Again I do apologize I forgot all about this and just told that too their senior management I don't even think Amy was aware of it until just recently .

Anyway, Amy please make sure the total cost is invoiced here ultimately .

Perhaps you send Lisa the invoices net and they can get paid from here directly.

It should look something like the attached Excel we threw together.

Best regards,

**Nicholas Salzano**
**Senior Independent Executive Advisor & Portfolio Construction Manager**



**National Realty Investment Advisors, LLC**
1325 Paterson Plank Road, Floor 2, Secaucus, NJ 07094
Office: (201) 210-2727 Ext. 101
Cell: 973-689-5482
Nicholas@NRIA.net
NRIA.net

---

**From:** Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
**Sent:** Thursday, May 28, 2020 7:20 AM
**To:** aalexander@paxmanagement.com
**Cc:** mburke@paxmanagement.com; Nicholas Salzano <nicholas@nria.net>
**Subject:** RE: 117 Quarry Street Unit 1

I am looping in Nick from NRIA to my email as well as this situation and the fact that none of this was discussed with me is very concerning to me.


Sincerely,
Lisa Sadaoui, President & CEO
First Allegiance
888-727-6303


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
Date: 5/27/20 1:11 PM (GMT-05:00)
To: aalexander@paxmanagement.com
Subject: RE: 117 Quarry Street Unit 1

Was there an agreement in writing that with 2 months free they would vacate on time?

Also, why wasn't this discussed with me first?  I was not aware of any request for no rent or threats. I definitely would have expected yo have been notified of any issues and discuss options.


Sincerely,
Lisa Sadaoui, President & CEO
First Allegiance
888-727-6303


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: aalexander@paxmanagement.com
Date: 5/27/20 11:27 AM (GMT-05:00)
To: Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
Subject: RE: 117 Quarry Street Unit 1

Hi Lisa,

The tenants at this unit have demanded not to pay rent due to COVID 19 and have started making all kind of wild threats in order to take advantage of the situation.  In the end we thought it would be best to allow them to get the 2 month free discount they demanded and use their security deposit and last months rent to cover beyond that, as well as try to get them out of the unit ASAP at the end of the lease term.  NRIA has agreed this is the best course of action to take and as soon as the tenants vacate 7/31,  we will turn the property over and make it our priority to get a new tenant in there ASAP.

**From:** Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
**Sent:** Wednesday, May 27, 2020 9:53 AM
**To:** aalexander@paxmanagement.com
**Cc:** mburke@paxmanagement.com
**Subject:** RE: 117 Quarry Street Unit 1

Hi Amy,

I am following up on my email below.


Sincerely,
Lisa Sadaoui, President & CEO
First Allegiance
888-727-6303


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------
From: Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
Date: 5/21/20 6:21 PM (GMT-05:00)
To: aalexander@paxmanagement.com
Cc: mburke@paxmanagement.com
Subject: RE: 117 Quarry Street Unit 1

Thank you.  Can you please let me know when the tenants were contacted regarding the missed rent payments?

Thanks
Lisa Sadaoui
President & Chief Executive Officer
First Allegiance
p: 888.727.6303 f: 888.320.0391
lisa.sadaoui@firstallegiance.com

**From:** aalexander@paxmanagement.com [aalexander@paxmanagement.com]
**Sent:** Wednesday, May 20, 2020 2:31 PM
**To:** Lisa Sadaoui
**Cc:** mburke@paxmanagement.com
**Subject:** RE: 117 Quarry Street Unit 1

Hi Lisa,

We have reached out to the tenant for updates on payments. I have not heard back yet but will be in touch as soon as I have more information.

---

**From:** Lisa Sadaoui <lisa.sadaoui@firstallegiance.com>
**Sent:** Wednesday, May 20, 2020 2:16 PM
**To:** aalexander@paxmanagement.com
**Cc:** mburke@paxmanagement.com
**Subject:** RE: 117 Quarry Street Unit 1

Hi Amy,

I am following up on the below for the status of the rent for this unit.

Lisa Sadaoui
President & Chief Executive Officer
First Allegiance
p: 888.727.6303 f: 888.320.0391
lisa.sadaoui@firstallegiance.com

---

**From:** Lisa Sadaoui
**Sent:** Tuesday, May 19, 2020 2:12 PM
**To:** aalexander@paxmanagement.com
**Cc:** Mike Burke (mburke@paxmanagement.com)
**Subject:** 117 Quarry Street Unit 1

Hi Amy,

Would you please provide the status of this unit?  I have not received rent for it in April or May.

Also, please note that I want to continue to rent both units on Quarry Street.

Thanks

Lisa Sadaoui
President & Chief Executive Officer
First Allegiance
p: 888.727.6303 f: 888.320.0391
lisa.sadaoui@firstallegiance.com

**Payable to:**         **Premier Access Management**
**Amount:**            **$8,858.20**
**Payment Date:**     **June 1st**
**Memo:**            **117 Quarry Street, Unit 1 - (Sadaoui)- <u>Customer Reimbursement Expense</u>**

**From:** Nicholas Salzano <nicholas@nria.net>
**Sent:** Friday, May 29, 2020 3:23 PM
**Subject:** FW: 117 Quarry Street Unit 1

Phil,
approved Payable to Premier access Monday. FedEx pouch.
customer reimbursement expense

Premier will then release rents to Lisa for April And may ..

**From:** kshah@paxmanagement.com <kshah@paxmanagement.com>
**Sent:** Friday, May 29, 2020 2:58 PM
**Subject:** RE: 117 Quarry Street Unit 1
Hello,
Please see below – total amount due from NRIA for 117 # 1 (April and May 2020) is **$8,858.20**.
Please note that the lease ends on 7/31/2020 and the tenants have not reached out to us to break the lease early. Hopefully the tenants will make payment for June rent/water/alarm and July water/alarm. If not – we'll contact you for the reimbursement.
Once we'll get $8,858.20, the same will be remitted to the owner for April and May distributions.

| 117 Quarry # 1 | Amt. |
|---|---|
| Alarm System – April 2020 | $ 30.00 |
| Rent Income – April 2020 | $ 4,000.00 |
| Water – April 2020 | $ 75.25 |
| Water – April 2020 – Storm Water | $ 14.15 |
| Alarm System – May 2020 | $ 30.00 |
| Rent Income – May 2020 | $ 4,000.00 |
| Water – May 2020 | $ 75.15 |
| Water – May 2020 – Storm Water | $ 14.15 |
| Total Rent: April/May 2020 | $ 8,238.70 |
| PAX Mgmt fees – April/May 2020 | $ 100.00 |
| HOA Fees – April/May 2020 | $ 517.50 |
| PAX – Annual alarm registration fee | $ 2.00 |
| **TOTAL DUE from NRIA:** | $ 8,858.20 |

Thanks Kinjal



| | | | |
|---|---|---|---|
| **NATIONAL REALTY** | **INVESTMENT ADVISORS LLC** | | 15218 |
| Premier Access Management | 6/1/2020 | | |
| | 117 Quarry St,Unit #1;(Sadaoui)- Customer Reimbur | | 8,858.20 |

#1872-TD Bank    117 Quarry St,Unit #1;(Sadaoui)- Customer Rei                      8,858.20