# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the matter of:

NATIONAL REALTY INVESTMENT
ADVISORS, LLC, et al.                    Debtor

NATIONAL REALTY INVESTMENT ADVISORS, LLC,

                       Plaintiff(s)

                       Case No.     22-14539 (JKS)

v.

US CONSTRUCTION INC., US CONSTRUCTION &
DEVELOPMENT LLC, DUSTIN SALZANO, JOHN
FARINA, PREMIER ACCESS PROPERTY
MANAGEMENT, INC., and JOHN DOES 1-100,

                       Defendant(s)

Adversary No. _____

Judge:    Hon. John K. Sherwood

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Sills Cummis & Gross, P.C., One Riverfront Plaza, Newark, NJ 07102;<br>973-643-7000<br>James Hirschhorn (jhirschhorn@sillscummis.com)<br>Mary E. Toscano (mtoscano@sillscummis.com) |
|---|---|

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | U.S. Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | Courtroom:   3D<br><br>Date and Time: |
|---|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                              Jeanne A. Naughton, Clerk

Date: _____          By: _____
                                                                      Deputy Clerk

*rev. 1/4/17*

**Pursuant to D.N.J. LBR 9019-2, Mediation: Procedures, there is a presumption of mediation in all adversary proceedings. For more information regarding the mediation program see the related Local Rules and forms on the Court's web site: njb.uscourts.gov/mediation.**