# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jason Teele**
**Member**
**Admitted In NJ, NY**
**Direct Dial:  973-643-4779**
**Email: steele@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

August 15, 2022

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, NJ 071025
Courtroom 3D

Re:   National Realty Investment Advisors, LLC v. US Construction Inc., US Construction & Development LLC, Dustin Salzano, John Farina, Premier Access Property Management, Inc. and John Does 1-100

Dear Judge Sherwood,

Per the court's request, below please find the addresses for the Defendants in the above referenced matter:

US Construction Inc.
400 Market St.
Suite 415
Philadelphia, PA 19106

US Construction & Development LLC
400 Market St.
Suite 415
Philadelphia, PA 19106

US Construction Inc.
70 Hudson St.
Suite 5A
Hoboken, NJ 07030

US Construction & Development LLC
70 Hudson St.
Suite 5A
Hoboken, NJ 07030

Sills Cummis & Gross
A Professional Corporation

August 15, 2022
Page 2

Dustin Salzano
77 Hudson St.
Apt. 2803
Jersey City, NJ 07302

John Farina
1500 Garden St.
Apt. 9D
Hoboken, NJ 07030

Premier Access Property Management, Inc.
842 N. 3d St.
Philadelphia, PA 19123

        Sincerely

        */s/ S. Jason Teele*

        S. Jason Teele, Esq.

JT:

9043503 v1