| | |
|---|---|
| **SILLS CUMMIS & GROSS P.C.**<br>James Hirschhorn, Esq.<br>Mary E. Toscano, Esq.<br>S. Jason Teele, Esq.<br>Daniel J. Harris, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Tel: (973) 643-7000<br>*Attorneys for Debtors and Debtors-in-Possession* | **HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.**<br>John F. Palladino, Esq.<br>Evan M. Labov, Esq.<br>30 South New York Avenue<br>Atlantic City, NJ 08401<br>Tel: (609) 344-5161<br>*Attorneys for Defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc.* |

**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
1011 Highway 71
Suite 200
Spring Lake, New Jersey 07762
Tel: (732) 449-0525
*Attorneys for Defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>      Plaintiff, | Adv. Pro. No. 22-01257-JKS |

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

|  |
|---|
| v.<br><br>US CONSTRUCTION INC., US CONSTRUCTION & DEVELOPMENT LLC, DUSTIN SALZANO, JOHN FARINA, PREMIER ACCESS PROPERTY MANAGEMENT, INC. and JOHN DOES 1-100,<br><br>                              Defendants. |

**STIPULATION TO: (1) DISMISS DEFENDANT US CONSTRUCTION & DEVELOPMENT LLC FROM THE ACTION, WITHOUT PREJUDICE; (2) AMEND THE CAPTION AND COMPLAINT; AND (3) EXTEND THE REMAINING DEFENDANTS' TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff National Realty Investment Advisors, LLC ("Plaintiff"), and defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc. ("Defendants"), (Defendants, together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 8, 2022, Plaintiff filed the *Complaint* [Docket No. 1] (the "Complaint") against U.S. Construction & Development LLC and Defendants;

WHEREAS, Plaintiff has learned that U.S. Construction & Development LLC is now defunct, has no relation to Defendants, has had no dealings with Plaintiff, and therefore should be removed as a party to this action;

WHEREAS, counsel for Defendants has also represented that U.S. Construction is registered as U.S. Construction, Inc. d/b/a U.S. Construction, Development and Design, Inc. in the State of New Jersey;

WHEREAS, U.S. Construction & Development LLC has not been served with process in this matter;

WHEREAS, counsel for the Parties have agreed that all claims against U.S. Construction & Development LLC will be dismissed without prejudice and without costs against any party;

WHEREAS, counsel for the Parties have also agreed that the time for Defendants to answer, move or otherwise respond to the Complaint shall be extended through and including September 30, 2022, without regard to whether proper service on Defendants has occurred.

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate to the following:

1. All claims against U.S. Construction & Development LLC are hereby dismissed without prejudice and without costs against any party;

2. Plaintiff may amend the caption of the Complaint, as well as the body of the Complaint, to: (1) remove reference to US Construction & Development LLC; and (2) assert its claims against U.S. Construction, Inc. as "U.S. Construction, Inc. d/b/a U.S. Construction, Development and Design, Inc."; and

3. Defendants' time to answer, move or otherwise respond to the Complaint shall be extended through and including September 30, 2022.

| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Tel: (973) 643-7000<br><br>*Attorneys for Debtors and Debtors-in-Possession* | HANKIN, SANDMAN, PALLADINO,<br>WEINTROB & BELL<br>30 South New York Avenue<br>Atlantic City, NJ 08401<br>Tel: (609) 344-5161<br><br>*Attorneys for Defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc.* |
| By:  *S. Jason Teele*<br>        S. JASON TEELE<br><br>Dated: September 20, 2022 | By:  *Evan M. Labov*<br>        EVAN M. LABOV<br><br>Dated: September 20, 2022 |