# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

S. Jason Teele
Member
Direct Dial: 973-643-4779
Email: steele@sillscummis.com

September 28, 2022

**VIA CM/ECF & E-MAIL**

The Honorable John K. Sherwood
United States Bankruptcy Judge
ML King Jr. Federal Building
50 Walnut Street, 3d Floor
Newark, New Jersey 07102
chambers_of_jks@njb.uscourts.gov

Re:   *In re National Realty Investment Advisors, LLC, et al.* **(Adversary Case No. 22-01257)**

Dear Judge Sherwood:

We write on behalf of the above-captioned plaintiff National Realty Investment Advisors, LLC ("**Plaintiff**") in connection with the *Stipulation* [Docket No. 11] (the "**Stipulation**"), filed by the Plaintiff on September 20, 2022.

The Stipulation reflects that the parties, through their undersigned counsel, stipulated to the following: (1) All claims against U.S. Construction & Development LLC are hereby dismissed without prejudice and without costs against any party; (2) Plaintiff may amend the caption of the Complaint, as well as the body of the Complaint, to: (a) remove reference to U.S. Construction & Development LLC; and (b) assert its claims against U.S. Construction, Inc. as "U.S. Construction, Inc. d/b/a U.S. Construction, Development and Design, Inc."; and (3) Defendants' time to answer, move or otherwise respond to the Complaint shall be extended through and including September 30, 2022.

However, as of September 23, 2022, the docket incorrectly reflects that both defendants U.S. Construction & Development LLC *and* U.S. Construction, Inc. were terminated. Please be advised that only defendant U.S. Construction & Development LLC should be terminated from this action. U.S. Construction, Inc. remains an active defendant in this action.

Counsel to defendant U.S. Construction, Inc. concurs with the filing of this letter.

9198587

Sills Cummis & Gross
A Professional Corporation

In re National Realty Investment Advisors, LLC, *et al.*
September 28, 2022
Page 2

    We respectfully request that the docket be corrected in accordance with the above.

                            Respectfully submitted,

                            */s/ S. Jason Teele*

                            S. Jason Teele

cc:
    Evan M. Labov, Esq. (via CM/ECF & Email)

Sills Cummis & Gross
A Professional Corporation

9198587