**SILLS CUMMIS & GROSS P.C.**
James Hirschhorn, Esq.
Mary E. Toscano, Esq.
S. Jason Teele, Esq.
Daniel J. Harris, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
*Attorneys for Debtors and Debtors-in-Possession*

**HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL, P.C.**
John F. Palladino, Esq.
Evan M. Labov, Esq.
30 South New York Avenue
Atlantic City, NJ 08401
Tel: (609) 344-5161
*Attorneys for Defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc.*

**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
1011 Highway 71
Suite 200
Spring Lake, New Jersey 07762
Tel: (732) 449-0525
*Attorneys for Defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Plaintiff, | Adv. Pro. No. 22-01257-JKS |

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA. The location of the Debtors' service address is: 1 Harmon Plaza, Floor 9, Secaucus, New Jersey 07094.

v.

US CONSTRUCTION, INC d/b/a U.S. CONSTRUCTION, DEVELOPMENT AND DESIGN, INC., DUSTIN SALZANO, JOHN FARINA, PREMIER ACCESS PROPERTY MANAGEMENT, INC. and JOHN DOES 1-100,

Defendants.

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' COUNTERCLAIM**

Plaintiff National Realty Investment Advisors, LLC ("Plaintiff"), and defendants US Construction Inc. d/b/a U.S. Construction, Development and Design, Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc. (collectively, "Defendants"), (Defendants, together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on November 8, 2022, Defendants filed the *Answer to Amended Complaint with Counterclaim* [Docket No. 16] (the "Counterclaim") against Plaintiff;

WHEREAS, counsel for the Parties have agreed that the time for Plaintiff to answer, move or otherwise respond to the Counterclaim shall be extended through and including December 7, 2022.

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate to the following:

1. Plaintiff's time to answer, move or otherwise respond to the Counterclaim shall be extended through and including December 7, 2022, without prejudice to the Plaintiff's right to seek a further extension.

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000

*Attorneys for Debtors and Debtors-in-Possession*

By: /s/ Jason Teele
S. JASON TEELE

Dated: November 16, 2022

HANKIN, SANDMAN, PALLADINO, WEINTROB & BELL
30 South New York Avenue
Atlantic City, NJ 08401
Tel: (609) 344-5161
*Attorneys for Defendants U.S. Construction Inc., Dustin Salzano, John Farina, and Premier Access Property Management, Inc.*

By: /s/ Evan M. Labov
EVAN M. LABOV

Dated: November 16, 2022