**Order Filed on February 19, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**ICE MILLER LLP**
Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
Jessa DeGroote, Esq.
George A. Gasper, Esq. (admitted *pro hac vice*)
Michael Ott, Esq. (admitted *pro hac vice*)
1500 Broadway, Suite 2900
New York, NY 10036
Phone: (212) 835-6312
louis.delucia@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC,*
*in its capacity as Liquidation Trustee of the*
*AIRN Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No: 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br>v.<br><br>U.S. CONSTRUCTION, INC, U.S. DEVELOPMENT, LLC, PREMIER ACCESS PROPERTY MANAGEMENT, INC., PROTECTED FUNDING, INC., SKYLINE DEVELOPMENTS, LP, SHOVEL READY INVESTMENTS, LLC, SHOVEL READY PROJECTS, LLC, PELICAN INVESTMENT GROUP, LLC, ATTP HOLDINGS, LLC, DUSTIN SALZANO, JOHN FARINA, THOMAS NICHOLAS SALZANO, REY GRABATO, PHILLIP MCFILLIN, and JOHN DOES 1-100,<br><br>Defendants. | Adv. Pro. No. 22-01257-JKS |

**DATED: February 19, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

**SECOND AMENDED CONSENT ORDER AND STIPULATION EXTENDING SCHEDULING ORDER DEADLINES**

The relief set forth on the following page, numbered three (3) through and including four (4), is hereby **ORDERED**.

Plaintiff the AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust ("Liquidation Trustee"), and Defendants Shovel Ready Investments, LLC, Shovel Ready Projects, LLC, Pelican Investment Group, LLC, ATTP Holdings, LLC and Phillip McFillin, ("Stipulating Defendants") (collectively, the "Parties") hereby enter into this consent order and stipulation (the "Consent Order and Stipulation").

**WHEREAS**, on September 25, 2025, the Court entered the Order Partially Dismissing Defendants'/Counterclaim Plaintiffs' Phillip J. McFillin, Shovel Ready Projects, LLC, and Pelican Investment Group, LLC and Third-Party Plaintiff Delray Capital II, LLC's Counts Three, Four, and Five and Denying the Motion With Respect To Counts One, Two, Six, and Seven (Adv. Dkt. No. 76);

**WHEREAS**, on October 22, 2025, the Court entered the Amended Consent Order and Stipulation Extending Scheduling Order Deadlines;

**WHEREAS**, the Parties have engaged in minimal discovery while discussing settlement;

**WHEREAS**, settlement discussions have ceased and the Parties have agreed to a schedule for discovery and litigation of this matter;

**NOW, THEREFORE**, intending to be bound, it is hereby stipulated and agreed by and among the Liquidation Trustee and Stipulating Defendants as follows:

1. All written fact discovery shall be completed by **May 20, 2026**.
2. Any motions to compel written fact discovery are to be made on or before **June 12, 2026,** so that the Court can rule, and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.
3. All fact depositions shall be completed by **July 24, 2026**.

4. Expert disclosures are to be made by **August 27, 2026.**

5. Expert discovery shall be completed by **October 23, 2026.**

6. The Liquidation Trustee and Stipulating Defendants consent to the following schedule relating to any dispositive motions the Parties anticipate filing, as follows:

   a. Any dispositive motions by the moving Party must be filed on or by **November 20, 2026**;

   b. Responses to any dispositive motions must be filed on or by **January 8, 2027**;

   c. Replies to the response, if any, must be filed on or by **February 5, 2027**.

   d. A hearing on any dispositive motions will be had on **February 16, 2027**, as soon as the matter may be heard, at 10:00 am at

      United States Bankruptcy Court
      Courtroom No. 3D
      50 Walnut St., 3rd Floor
      Newark, NJ 07102

7. Trial will begin on **April 5, 2027,** as soon as the matter may be heard, at 10:00 am at

   United States Bankruptcy Court
   Courtroom No. 3D
   50 Walnut St., 3rd Floor
   Newark, NJ 07102

8. This Court shall retain jurisdiction to enforce this order.